Victor VEGA–ENCARNACION, Plaintiff, Appellant,

v.

Robert MATHEWS, Regional Director, Federal Bureau of Prisons, et al., Defendants, Appellees.

No. 00–1699.

United States Court of Appeals, First Circuit.

June 7, 2001.

David W. Roman and Brown & Ubarri, on brief, for appellant.

Guillermo Gil, United States Attorney, Miguel A. Fernández and Camille Vélez Rivé, Assistant United States Attorneys, on brief, for appellees.

Before TORRUELLA, Chief Judge, LEVIN H. CAMPBELL, Senior Circuit Judge, and SELYA, Circuit Judge.

PER CURIAM.

By order entered February 26, 2001, we stayed all proceedings in this fully-briefed appeal. In that order, we noted that the United States Supreme Court had granted certiorari to review the decision of the Court of Appeals for the Third Circuit in *Booth v. Churner*, 206 F.3d 289 (3d Cir.), *cert. granted,* —— U.S. ——, 121 S.Ct. 377, 148 L.Ed.2d 291 (2000), and that "[t]he question to be considered by the Court is materially identical to that presented in

the above-captioned case and will be determinative of this appeal."

The Supreme Court has now decided *Booth.* See *Booth v. Churner*, No. 99–1964, 2001 U.S. LEXIS 3982 (May 29, 2001). That opinion confirms the correctness of the district court's decision in this case. Consequently, we *vacate* the stay previously entered and *affirm* the judgment below.

*So Ordered.*